In the Matter of I. PHILIP SIPSER, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued July 2, 1947; decided July 2, 1947.

*Joseph J. Macaluso* for appellant.

*John P. McGrath* for objectors, respondents.

Order affirmed, without costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher, Dye and Fuld, JJ.